AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
7/20/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DTA___ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
07/20/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___mba___ DEPUTY

United States of America

v.

Ralik Charity,

Defendant.

Case No. 8:21-mj-00497-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 12, 2021 in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | unlawful threats to destroy a building using explosives |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Thomas Vasquez, United States Department of Homeland Security, Federal Protective Service ("FPS")
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 20, 2021

Judge's signature

City and state: Santa Ana, California

Hon John D. Early, U.S. Magistrate Judge
Printed name and title

AUSA Melissa Rabbani E. (x3499)

## AFFIDAVIT

I, Thomas Vasquez, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Ralik Charity ("CHARITY") for violations of 18 U.S.C. § 844(e) (unlawful threats to destroy a building using explosives).

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II. BACKGROUND OF THOMAS VASQUEZ

3. I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS"). I have been in this position since August 2017. From 2013 to July 2017, I was an FPS uniformed law enforcement officer. In that position, I conducted various preliminary investigations including threats to government facilities. As part of my official duties as a SA, I investigate crimes against the United States that originate on United States government property, including threats to government facilities.

4. I have completed two basic training courses at the Federal Law Enforcement Training Center in Glynco, Georgia, which included training in the investigation of various crimes. Prior to becoming a FPS uniformed law enforcement officer, I worked as a Police Officer with the City of Maricopa in Kern County, California, from December 2010 to March 2012. I completed training at the Rio Hondo Police Academy where I received my certification as a California peace officer.

### III. SUMMARY OF PROBABLE CAUSE

5. In July 2021, the Central Intelligence Agency (CIA) advised FPS that they had

received various threatening messages via their online public website contact platform, available at https://www.cia.gov. The CIA advised that the messages included threats to bomb the Ronald Reagan Federal Courthouse in Santa Ana, California, among other places, and that the CIA had reviewed the messages in McLean, Virginia.

6.  The individual who posted the messages provided the name "Ralik Charity" and the phone number (909) 346-4757. IP address information showed that the messages were submitted from Los Angeles, California., and T-Mobile reported that the (909) 346-4757 phone number was subscribed to CHARITY.

7.  I interviewed CHARITY in person on July 12, 2021, and he admitted to sending messages to the CIA.

### IV.  STATEMENT OF PROBABLE CAUSE

8.  Based on my review of the posted threats submitted to the CIA, conversations with other law enforcement officers, and my own knowledge of the investigation, I am aware of the following:

    **A.  The CIA Received Numerous Threatening Messages from "Ralik Charity," Using CHARITY's Phone Number.**

9.  On July 12, 2021, the CIA received the following messages, all listing the name "Ralik CHARITY" and the (909) phone number subscribed to CHARITY:

- "porshe 911 symbolic September 11," along with three images depicting explosives
- "porshe 911 symbloic september 11, bomb on the way tomorrow"
- "bomb on the way tomorrow porshe 911 symbloic September 11. 411 W 4st# 1-053, Santa Ana, CA 92701. By: Ralik Charity 7:30 am"
- "bombing the federal building tomorrow in California Ronald Reagan Federal Headquarters"
- "i need to talk to a CIA ill bomb the federal building i need 150 million for each drag and tran on charbute. porshe 911 symbloic september 11 i will

bomb the federal building, 411 W 4th st# 1-053 Santa Ana, Ca 92701."

- "Give me my money 150million for charbute or ill have start teaching truck drivers that the Porshce 911 is symbloic to september 11 ill plan a bomb"

- "i googled 150 million CIAO I need 150 million for each tran and drag or ill teach people the porsche 911 is symbloic to sepetember 11. From charbute. Mauritinia flashed a light and i been running from a flashing light four years, or ill see you at the Federal Building. in Santa Ana. And bomb the building"

10. On July 13, 2021, the CIA received the below message, which listed the name "Ralik Charity" and the (909) phone number subscribed to CHARITY:

- "I will be bombing the Fedral Building, thats the Ronald Reagan Center at 411 W 4th St# 1-053 Santa Ana Ca The porsche 911 is symbloic to September 11, i start teaching people. 150 million for each tran and drag on charbute. Ralik Charity."

11. On July 14, 2021, the CIA received the following messages, all listing the name "Ralik Charity" and the (909) phone number subscribed to CHARITY:

- "i will bomb the US Capital Embassy for the left ears pinking Porsche 911 is symbloic to september 11 ralik charity"

- "I will bomb the federal reserve, with high explosives and chemical gases. and bomb the white house porchse 911 is symblioc september 11 ralik charity"

- "I will bomb the World Trade Center Porsche 911 symbloic septemebr 11 bin laden"

- "i will be carrying heavy explosives and bombing the world trade center one day porshe 911 is symbloic to september 11"

- "what the fuck are you going to do, three aircrafts fuck you porsche 911

3

is symbloic septmeber 11"

**B.     CHARITY Admitted to Sending Messages to the CIA.**

12.    On July 12, 2021, I coordinated with the Buena Park Police Department (BPPD), who located CHARITY sleeping in his vehicle outside the Century Motel in Buena Park, California.  Federal Bureau of Investigations (FBI) SA Andrew Broughton and I responded to the Century Motel to interview CHARITY.

13.    CHARITY admitted that he remembered submitting messages to the CIA and explained that he was "baiting" law enforcement and wanted to turn himself in.

14.    A Crisis Assessment Team (CAT) social worker responded to the Century Motel that same day to speak with CHARITY.  The social worker ascertained CHARITY met the criteria for Welfare and Institutions Code (WIC) 5150 and placed CHARITY on an involuntary psychiatric hold.  I believe that CHARITY has since been released, based on the fact that the CIA received additional messages from "Ralik Charity" on July 13 and 14.

**V.     CONCLUSION**

15.    For all of the reasons described above, there is probable cause to believe that CHARITY has committed a violation of 18 U.S.C. § 844(e).

/s/

Thomas Vasquez
FPS Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone on this 20th day of July, 2021.

HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE